# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 14-13564-elf** |
| **Gail Marie Chase** : | **Chapter 13** |
| **fka Gail Marie Kehan** : | **Judge Eric L. Frank** |
| : | ＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊ |
| **Debtor(s)** | |
| : | |
| **Wells Fargo Bank, N.A.** : | **Date and Time of Hearing** |
| **Movant,** : | **Place of Hearing** |
| : | **October 17, 2017 at 09:30 a.m.** |
| **vs** : | |
| : | |
| **Gail Marie Chase** : | **U.S. Bankruptcy Court** |
| **fka Gail Marie Kehan** : | **900 Market Street** |
| : | **Philadelphia, PA, 19107** |
| : | |
| **William C. Miller** | |
| **Respondents.** | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Wells Fargo Bank, N.A. has filed a Response Deadline, and Hearing Date, and Motion for Relief from the Automatic Stay to permit Wells Fargo Bank, N.A. to foreclose on 3535 Chippendale St, Philadelphia, PA 19136 and Abandonment of Property (First Mortgage).

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before October 12, 2017, you or your attorney must do **ALL** of the following:

   A.  File an answer explaining your position at:

   **Clerk, U.S. Bankruptcy Court**
   U.S. Bankruptcy Court
   900 Market Street
   Philadelphia, PA, 19107

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

   B.  Mail a copy to the Creditor's attorney and the below listed:

15-025116_VMP

United States Trustee,
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

William C. Miller
1234 Market Street
Suite 1813
Philadelphia, PA  19107
ecfemails@ph13trustee.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Eric L. Frank on October 17, 2017 at 09:30 a.m. in U.S. Bankruptcy Court, 900 Market Street, Courtroom #1, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE:    9/27/17

15-025116_VMP

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 14-13564-elf** |
| **Gail Marie Chase** | : | **Chapter 13** |
| **fka Gail Marie Kehan** | : | **Judge Eric L. Frank** |
| | : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| **Debtor** | | |
| | : | |
| **Wells Fargo Bank, N.A.** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| | : | **October 17, 2017 at 09:30 a.m.** |
| **vs** | : | |
| | : | **U.S. Bankruptcy Court** |
| **Gail Marie Chase** | : | **900 Market Street** |
| **fka Gail Marie Kehan** | : | **Philadelphia, PA, 19107** |
| | : | |
| **William C. Miller** | | |
| **Respondents.** | | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Response Deadline, and Hearing Date, Certificate of No Objection and Motion for Relief from the Automatic Stay to permit Wells Fargo Bank, N.A. to foreclose on 3535 Chippendale St, Philadelphia, PA 19136 and Abandonment of Property (First Mortgage) was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107

Brad J. Sadek, Attorney for Gail Marie Chase FKA Gail Marie Kehan, Sadek and Cooper, 1315 Walnut Street, Philadelphia, PA 19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 27, 2017:

15-025116_VMP

Gail Marie Chase FKA Gail Marie Kehan, 3535 Chippendale Street, Philadelphia, PA  19136

Gail Marie Chase FKA Gail Marie Kehan, 3535 Chippendale St, Philadelphia, PA 19136

Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD  21701

DATE:  __9/27/17_____

   /s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (0088234)
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

15-025116_VMP